**Troy A. TYLER, on his own behalf and other similarly situated, Plaintiff–Counter–Defendant–Appellee,**

v.

**WESTWAY AUTOMOTIVE SERVICE CENTER, INC., A Florida Corporation, Defendant–Counter–Claimant–Appellant,**

**Brett Holcombe, individually, Craig Goldstein, individually, Defendants–Appellants.**

No. 04–12545

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 10, 2005.

Christine M. Duignan, Shavitz Law Group, P.A., Boca Raton, FL, for Plaintiff–Counter–Defendant–Appellee.

Michael A. Levin, Law Offices of Michael A. Levin, Weston, FL, for Defendant–Counter–Claimant–Appellant.

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Plaintiff Troy A. Tyler filed suit against Defendants Westway Automotive Service Center, Inc., Brett Holcombe, and Craig Goldstein, attempting to collect unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C.

§ 201, *et seq.* After the jury awarded Tyler $7,392.00,[1] Defendants appealed, contending: (1) neither Westway Automotive nor Holcombe were properly considered Tyler's employer under the FLSA; (2) the district court should have granted a mistrial based on the improper closing arguments of Plaintiff's counsel; and (3) the district court improperly denied Defendant Goldstein's motion for sanctions.

After review, we conclude that Defendants' arguments lack merit. Consequently, we affirm the $7,392.00 judgment in favor of Plaintiff Tyler.

AFFIRMED.

---

1. The jury awarded $3,696.00. Pursuant to 29 U.S.C. § 216(b), that amount was doubled as a liquidated damages award.